UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 26, 2017
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

WILLIAM COATS,

Defendant.

Case No. 2:11-cr-0263-KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  WILLIAM COATS ,

Case No. 2:11-cr-0263-KJM from custody for the following reasons:

__X__ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): Released under the same terms and conditions of supervised release previously imposed.

Issued at Sacramento, California on September 26, 2017 at 2:05 pm

By: _____
Magistrate Judge Carolyn K. Delaney